**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
and THE CARPENTER CONTRACTOR ALLIANCE
OF METROPOLITAN NEW YORK,

                              Petitioners ,                              24 **CIVIL** 00037 (JPC)

            -against-                                       **JUDGMENT**

ROBO DOORS & HARDWARE CORP., n/k/a
ROBO HARDWARE CORP.,

                              Respondent.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 21, 2025, judgment entered in favor of Petitioners and against Respondent in the amount of $112,970.47, plus interest from October 25, 2023, accrued at an annual rate of 10.25% until the date of judgment for the total interest amount of $15,481.60. The Clerk of Court is also directed to enter judgment in the amount of $3,690 in attorneys' fees and $83 in costs. Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full. Accordingly, the case is closed.

**Dated**: New York, New York

      February 24, 2025

                                                            **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                                              **BY:**

                                                            **Deputy Clerk**